UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF NORTH CAROLINA
DURHAM DIVISION

|                              |   |                      |
|------------------------------|---|----------------------|
|                              | ) |                      |
| IN RE:                       | ) |                      |
| STEPHEN NEIL GREENBERG       | ) | CASE NO. 10-81916    |
| DEBTOR                       | ) | CHAPTER 13           |
|                              | ) |                      |

### RESPONSE TO DEBRTOR'S OBJECTION TO CLAIM

    Wells Fargo Bank, NA ("Movant"), by and through its legal counsel, hereby responds to Debtor's Objection to Claim filed December 14, 2010 and respectfully requests that Debtor's Objection be denied.

This 20th day of December, 2010.

                        Brock and Scott, PLLC

                        */s/ Sean M. Corcoran*
                        Sean M. Corcoran
                        Attorney for Movant
                        Brock & Scott, PLLC
                        5121 Parkway Plaza Drive, Suite 300
                        Charlotte, NC 28217
                        (704) 369-0676
                        State Bar Number 33387

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF NORTH CAROLINA
DURHAM DIVISION

| | |
|---|---|
| IN RE: ) | |
| STEPHEN NEIL GREENBERG ) | CASE NO. 10-81916 |
| DEBTOR ) | CHAPTER 13 |
| ) | |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies under penalty of perjury that he/she is over eighteen (18) years of age and that the RESPONSE TO DEBTOR'S OBJECTION TO CLAIM in the above captioned case were this day served upon the below named persons by mailing, postage prepaid, first class mail a copy of such instrument to each person(s), parties, and/or counsel at the addresses shown below:

Stephen Neil Greenberg
100 Sundance Place
Chapel Hill, NC 27514

Mr. John T. Orcutt
Via electronic notice

Mr. Richard M. Hutson, II
Via electronic notice

This 20th day of December, 2010.

                Brock and Scott, PLLC

                */s/ Sean M. Corcoran*_____
                Sean M. Corcoran
                Attorney for Movant
                Brock & Scott, PLLC
                5121 Parkway Plaza Drive, Suite 300
                Charlotte, NC 28217
                (704) 369-0676
                State Bar Number 33387