C-13-16(FTP)
(Rev. 6/04)

# UNITED STATED BANKRUPTCY COURT
# MIDDLE DISTRICT OF NORTH CAROLINA
# DURHAM DIVISION

IN THE MATTER OF: ) No. B-10-81916 C-13D
Stephen N. Greenberg )
)
)
Debtor(s) )

## ORDER DENYING CONFIRMATION OF PLAN AND
## DISMISSING DEBTOR'S CASE

On April 26, 2011, a hearing was held on Objection by the Standing Trustee to confirmation of the Debtor's proposed plan and for dismissal of the Debtor's case. At the hearing, Koury L. Hicks, Esq. appeared on behalf of the Debtor, and Benjamin E. Lovell, Esq. appeared on behalf of the Standing Trustee. The Court, after considering the Objection and having heard and considered the statements counsel and the attorney for the Trustee, finds that the Objection should be sustained and the Debtor's case dismissed; therefore, it is

ORDERED that the Objection by the Trustee to confirmation of the Debtor's proposed plan is sustained pursuant to 11 U.S.C. §§1325(a)(1) and 109(e), and the Debtor's case is dismissed pursuant to 11 U.S.C. §109(e).

# PARTIES IN INTEREST
Page 1 of 1
10-81916 C-13D

**ALL PARTIES OF RECORD AS OF THE DATE OF THE ORDER SHALL BE SERVED BY THE BANKRUPTCY NOTICING CENTER**